UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

OSNYSON DESROSIERS and
DERICK DESIR

CASE NO. 2:25-cr-4-TPB-NPM
18 U.S.C. § 371
(Conspiracy to Commit a Crime
Against the United States)
18 U.S.C. § 924(a)(1)(A)
(Making a False Statement in a
Record Required to be Kept by a
Licensed Firearms Dealer)

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**INTRODUCTION**

At times material to the Superseding Indictment:

1. The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") was an agency of the United States Department of Justice responsible for the administration and enforcement of federal firearms laws and regulations pertaining to the acquisition and disposition of firearms.

2. As part of its lawful functions, ATF issued licenses to firearms dealers, issued regulations governing the sale and distribution of firearms, and maintained and operated the National Tracing Center to process requests from Federal, State, local, and foreign law enforcement agencies for the tracing of crime guns.

3. Licensed federal firearms dealers were required by law to obtain information about the identity of individuals who sought to purchase a firearm.

1

Licensed dealers were required to have each individual seeking to purchase a firearm complete a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record ("ATF Form(s) 4473").

4.    ATF Form 4473 required the purchaser of a firearm to provide, among other things, his or her full name, address, birth date, and country of citizenship to the firearms dealer. The purchaser was also required to present a valid government-issued photo identification to the firearms dealer.

5.    ATF Form 4473 also required the purchaser to answer a series of questions to determine whether the purchase was permitted under federal law. One of the questions stated, "Are you the actual transferee/buyer of the firearm(s) listed on this form . . . ? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the dealer cannot transfer the firearm(s) to you.**"

6.    Upon completing ATF Form 4473, the purchaser of a firearm was required to sign the form, certifying that the information on the form was "true, correct, and complete," and acknowledging that "making any false oral or written statement . . . with respect to this transaction, is a crime punishable as a felony under Federal law." Licensed dealers were required by law to keep and retain all completed ATF Forms 4473 in their permanent records.

7.    Bass Pro Outdoor World, LLC d/b/a Bass Pro Shops Outdoor World #33 ("Bass Pro Shops – Fort Myers"), located in Fort Myers, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the

2

public. As such, Bass Pro Shops – Fort Myers was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

8. Southwest Truck Caps & Accessories, Inc. d/b/a ECP Outdoors ("ECP Outdoors"), located in North Fort Myers, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public. As such, ECP Outdoors was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

9. Shoot Straight Ft. Myers, Inc. d/b/a Shoot Straight ("Shoot Straight"), located in Fort Myers, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public. As such, Shoot Straight was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

10. Guns Galore of Fort Myers, LLC ("Guns Galore"), located in Fort Myers, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public. As such, Guns Galore was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

11. Shoot Center, LLC ("Shoot Center"), located in Cape Coral, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public. As such, Shoot Center was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

12. SK Futures, Inc. d/b/a Guns on 41 ("Guns on 41"), located in Fort Myers, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public. As such, Guns on 41 was a "person" licensed

under the provisions of Chapter 44 of Title 18, United States Code.

13.    Tropic Lightning, Inc. ("Tropic Lightning"), located in Cape Coral, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public.  As such, Tropic Lightning was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

14.    MCS Sales, LLC, d/b/a Guns 4 Less ("Guns 4 Less"), located in Cape Coral, Florida, possessed a federal firearms dealer's license issued by ATF, and offered firearms for sale to the public.  As such, Guns 4 Less was a "person" licensed under the provisions of Chapter 44 of Title 18, United States Code.

**COUNT ONE**
**(Making a False Statement in a Record Required**
**To be Kept by a Licensed Firearms Dealer)**

On or about March 3, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to Bass Pro Shops – Fort Myers, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Bass Pro Shops – Fort Myers, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

4

## COUNT TWO
### (Making a False Statement in a Record Required
### To be Kept by a Licensed Firearms Dealer)

On or about March 31, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to ECP Outdoors, a person

licensed under the provisions of Chapter 44 of Title 18, United States Code, with

respect to information required to be kept in the records of ECP Outdoors, in that the

defendant did falsely represent on an ATF Form 4473 that he was the "actual

transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the

defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THREE
### (Making a False Statement in a Record Required
### To be Kept by a Licensed Firearms Dealer)

On or about April 8, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to Guns Galore, a person

licensed under the provisions of Chapter 44 of Title 18, United States Code, with

respect to information required to be kept in the records of Guns Galore, in that the

defendant did falsely represent on an ATF Form 4473 that he was the "actual

transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the

defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

5

## COUNT FOUR
### (Making a False Statement in a Record Required
### To be Kept by a Licensed Firearms Dealer)

On or about April 23, 2022, in the Middle District of Florida, the defendant,

### OSNYSON DESROSIERS,

did knowingly make a false statement and representation to Shoot Straight, a person

licensed under the provisions of Chapter 44 of Title 18, United States Code, with

respect to information required to be kept in the records of Shoot Straight, in that the

defendant did falsely represent on an ATF Form 4473 that he was the "actual

transferee/buyer" of the firearm listed on the form, whereas, in truth and in fact, the

defendant was not the actual transferee/buyer of the firearm.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FIVE
### (Conspiracy to Commit an Offense Against the United States)

### A.    Introduction

1.    The Grand Jury hereby realleges Paragraphs 1 through 14 of the

Introduction of this Superseding Indictment and incorporates such paragraphs by this

reference as if fully set forth herein.

### B.    The Conspiracy

2.    From on or about May 10, 2022, through on or about June 26, 2022, in

the Middle District of Florida and elsewhere, the defendants,

### OSNYSON DESROSIERS and DERICK DESIR,

did knowingly and willfully combine, conspire, and agree, with each other and with

6

others, both known and unknown to the Grand Jury, to make false statements and representations to persons licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of such persons, in violation of 18 U.S.C. § 924(a)(1)(A).

### C. Manner and Means of the Conspiracy

3. The manner and means by which the conspirators carried out the conspiracy included, among others, the following:

a. It was part of the conspiracy that conspirators would and did falsely claim to be the "actual transferee/buyer" of firearms on ATF Forms 4473 which were certified and submitted to licensed federal firearms dealers in connection with the purchase and acquisition of Glock handguns that conspirators were buying on behalf of another person.

b. It was further part of the conspiracy that when conspirators submitted ATF Forms 4473 containing such false statements and representations to licensed federal firearms dealers, they caused such dealers to retain in their records false information concerning the identity of the real transferee/buyer of such firearms.

c. It was further part of the conspiracy that the conspirators would and did misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the conspiracy and the purpose of those acts.

### D. Overt Acts

4. In furtherance of the conspiracy, and to accomplish its unlawful objectives, the following overt acts, among others, were committed in the Middle

7

District of Florida:

a.   On or about May 22, 2022, **OSNYSON DESROSIERS** falsely claimed to be the "actual transferee/buyer" of a Glock handgun identified on an ATF Form 4473 that he certified and submitted to Shoot Center in connection with the purchase and acquisition of the firearm.

b.   On or about June 9, 2022, **OSNYSON DESROSIERS** falsely claimed to be the "actual transferee/buyer" of three Glock handguns identified on an ATF Form 4473 that he certified and submitted to Guns on 41 in connection with the purchase and acquisition of the firearms.

c.   On or about June 11, 2022, **OSNYSON DESROSIERS** falsely claimed to be the "actual transferee/buyer" of a Glock handgun identified on an ATF Form 4473 that he certified and submitted to Shoot Center in connection with the purchase and acquisition of the firearm.

d.   On or about June 11, 2022, **DERICK DESIR** falsely claimed to be the "actual transferee/buyer" of two Glock handguns identified on an ATF Form 4473 that he certified and submitted to Shoot Straight in connection with the purchase and acquisition of the firearms.

e.   On or about June 11, 2022, **DERICK DESIR** falsely claimed to be the "actual transferee/buyer" of a Glock handgun identified on an ATF Form 4473 that he certified and submitted to Guns Galore in connection with the purchase and acquisition of the firearm.

8

f.      On or about June 17, 2022, **DERICK DESIR** falsely claimed to be the "actual transferee/buyer" of two Glock handguns identified on an ATF Form 4473 that he certified and submitted to Shoot Center in connection with the purchase and acquisition of the firearms.

g.      On or about June 20, 2022, **OSNYSON DESROSIERS** falsely claimed to be the "actual transferee/buyer" of two Glock handguns identified on an ATF Form 4473 that he certified and submitted to Shoot Straight in connection with the purchase and acquisition of the firearms.

h.      On or about June 23, 2022, **OSNYSON DESROSIERS** falsely claimed to be the "actual transferee/buyer" of three Glock handguns identified on an ATF Form 4473 that he certified and submitted to Tropic Lightning in connection with the purchase and acquisition of the firearms.

i.      On or about June 23, 2022, **DERICK DESIR** falsely claimed to be the "actual transferee/buyer" of two Glock handguns identified on an ATF Form 4473 that he certified and submitted to Guns 4 Less in connection with the purchase and acquisition of the firearms.

All in violation of 18 U.S.C. § 371.

## COUNT SIX
### (Making a False Statement in a Record Required To be Kept by a Licensed Firearms Dealer)

On or about May 22, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to Shoot Center, a person

9

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Shoot Center, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearm listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearm.

In violation of 18 U.S.C. § 924(a)(1)(A).

**COUNT SEVEN**
**(Making a False Statement in a Record Required**
**To be Kept by a Licensed Firearms Dealer)**

On or about June 9, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to Guns on 41, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Guns on 41, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

**COUNT EIGHT**
**(Making a False Statement in a Record Required**
**To be Kept by a Licensed Firearms Dealer)**

On or about June 11, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to Shoot Center, a person

10

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Shoot Center, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearm listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearm.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT NINE
**(Making a False Statement in a Record Required
To be Kept by a Licensed Firearms Dealer)**

On or about June 11, 2022, in the Middle District of Florida, the defendant,

## DERICK DESIR,

did knowingly make a false statement and representation to Shoot Straight, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Shoot Straight, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT TEN
**(Making a False Statement in a Record Required
To be Kept by a Licensed Firearms Dealer)**

On or about June 11, 2022, in the Middle District of Florida, the defendant,

## DERICK DESIR,

did knowingly make a false statement and representation to Guns Galore, a person

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Guns Galore, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearm listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearm.

In violation of 18 U.S.C. § 924(a)(1)(A).

### COUNT ELEVEN
**(Making a False Statement in a Record Required
To be Kept by a Licensed Firearms Dealer)**

On or about June 17, 2022, in the Middle District of Florida, the defendant,

**DERICK DESIR,**

did knowingly make a false statement and representation to Shoot Center, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Shoot Center, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

### COUNT TWELVE
**(Making a False Statement in a Record Required
To be Kept by a Licensed Firearms Dealer)**

On or about June 20, 2022, in the Middle District of Florida, the defendant,

**OSNYSON DESROSIERS,**

did knowingly make a false statement and representation to Shoot Straight, a person

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Shoot Straight, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT THIRTEEN
### (Making a False Statement in a Record Required To be Kept by a Licensed Firearms Dealer)

On or about June 23, 2022, in the Middle District of Florida, the defendant,

## OSNYSON DESROSIERS,

did knowingly make a false statement and representation to Tropic Lightning, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Tropic Lightning, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

## COUNT FOURTEEN
### (Making a False Statement in a Record Required To be Kept by a Licensed Firearms Dealer)

On or about June 23, 2022, in the Middle District of Florida, the defendant,

## DERICK DESIR,

did knowingly make a false statement and representation to Guns 4 Less, a person

13

licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in the records of Guns 4 Less, in that the defendant did falsely represent on an ATF Form 4473 that he was the "actual transferee/buyer" of the firearms listed on the form, whereas, in truth and in fact, the defendant was not the actual transferee/buyer of the firearms.

In violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE

1.    The allegations contained in Counts One through Fourteen, are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 924(a)(1)(A) or a conspiracy to violate this section (18 U.S.C. § 371), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

14

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By:  *Simon R Eth*

Simon R. Eth
Assistant United States Attorney

By:  *Jesus M. Casas*

Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

15

No. 2:25-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

## THE UNITED STATES OF AMERICA

vs.

OSNYSON DESROSIERS and
DERICK DESIR

## INDICTMENT

Violations:
18 U.S.C. § 371
18 U.S.C. § 924 (a)(1)(A)

A true bill,

~~Foreperson~~

Filed in open court this 30th day

of April, 2025.

_Courtney Ward_
Clerk

Bail $_____

GPO 863 525